STATE v. CURRY

No. 148 PC.

Case below: 25 N.C. App. 101.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 26 June 1975.

STATE v. HARRIS

No. 18.

Case below: 25 N.C. App. 404.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 26 June 1975.

STATE v. JACOBS

No. 143 PC.

Case below: 25 N.C. App. 500.

Petition for writ of certiorari to North Carolina Court of Appeals denied 26 June 1975.

STATE v. McDOWELL

No. 167 PC.

Case below: 24 N.C. App. 590.

Petition for writ of certiorari to North Carolina Court of Appeals denied 26 June 1975.

STATE v. MILLSAPS

No. 152 PC.

Case below: 26 N.C. App. 41.

Petition for writ of certiorari to North Carolina Court of Appeals denied 26 June 1975.